# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 07-982 (JLL) |
| vs. | |
| SHAMAR RANKINS, | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |
| Defendant. | |

**THIS MATTER**, having been opened to the Court on the application of Frank P. Arleo, Esq., counsel for defendant Shamar Rankins, for an Order modifying the conditions of Mr. Rankins' bail to permit Mr. Rankins to travel to Uniontown, Ohio from Sunday, April 6, 2008 through Wednesday, April 9, 2008 for job orientation training with FedEx Custom Critical.; and the Pretrial Services Office having no objection to the foregoing application; and A.U.S.A. Lee Vartan having consented to the same; and for good cause shown;

IT IS on this 4 day of April, 2008;

**ORDERED** that the bail conditions for defendant Shamar Rankins be, and the same hereby are, modified so as to permit Mr. Rankins to travel to Uniontown, Ohio from April 6, 2008 through April 9, 2008 for job orientation training with FedEx Custom Critical.

_____
~~Honorable Jose L. Linares, U.S.D.J.~~
Hon. MARK FALK, USMJ

Consented as to form this 4th
day of APRIL, 2008.

_____
A.U.S.A. Lee Vartan