UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 07-982 |
| SHAMAR RANKINS | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Shamar Rankins (by Frank Arleo, Esq.), for an order setting the motion and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that any opposition to defendant's motions shall be filed no later than July 7, 2008;

IT IS FURTHER ORDERED that all motions shall be returnable no later than July 21, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for August 18, 2008; and

IT IS FURTHER ORDERED that the period from June 16, 2008, through August 18, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United

States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

_____  5·23·08
HON. JOSE L. LINARES
United States District Judge

Consented and Agreed to:

_____
Frank Arleo, Esq.

_____
Lee D. Vartan, AUSA