NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br>v.<br><br>SHAMAR RANKINS,<br><br>                    Defendant. | Criminal No.: 07-982 (JLL)<br><br><br><br>**ORDER** |

Presently before the Court is Defendant's motion to suppress the evidence.  For the reasons set forth in this Court's Letter Opinion dated October 16, 2008,

**IT IS** on this **16th day of October, 2008**,

**ORDERED** that Defendant's motion to suppress the evidence [CM/ECF Docket Entry No. 50] is **DENIED**.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge