# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-982 |
| SHAMAR RANKINS | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney) and defendant Shamar Rankins (by Frank Arleo, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

i. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render indictment of this matter unnecessary;

ii. The grant of a continuance will likely conserve judicial resources;

iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

1

WHEREFORE, on this 27th day of March 2009,

IT IS ORDERED that this action be, and hereby is, continued from March 1, 2009 through May 1, 2009; and it is further

ORDERED that the period from March 1, 2009 through May 1, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

Hon. Jose L. Linares
United States District Judge

Form and entry
consented to:

Randall H. Cook
Assistant U.S. Attorney

Frank Arleo, Esq.
Counsel for defendant Shamar Rankins