PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Shamar Rankins  Cr.: 07-00982-001
  PACTS #: 45084

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
  CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/11/2010

Original Offense: ; Bank Fraud

Original Sentence: 37 months imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Restitution - Money, DNA testing, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1.  The offender failed to pay his $16,936.25 restitution in full. His current balance is $8,384.67.

U.S. Probation Officer Action:
We are respectfully requesting that the offender's supervised release term be allowed to terminate on January 27, 2018, as the Financial Litigation Unit of the U.S. Attorney's Office will pursue collection of the remaining restitution balance.

Respectfully submitted,

Luis R. Gonzalez
2018.01.02 08:07:02
By: Edward J Irwin  05'00'
 U.S. Probation Officer
Date: 12/31/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow supervision to expired as scheduled on January 27, 2018.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/4/18
Date